# IN THE UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>ART VAN FURNITURE, LLC., *et al.*,[1]<br><br>                    Debtors. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br>Jointly Administered |
| PNC BANK, NATIONAL ASSOCIATION, and, PNC MERCHANT SERVICES COMPANY,<br><br>                    Plaintiffs,<br>v.<br><br>ART VAN FURNITURE, LLC, et al., ALFRED T. GIULIANO, as Chapter 7 Trustee; LEVIN FURNITURE, LLC and LEVIN TRUCKING, LLC<br><br>                    Defendants. | Adv. Pro. No. 21-50241 (CSS) |

**NOTICE OF AGENDA FOR HEARING SCHEDULED ON APRIL 15, 2021 AT 11:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CHRISTOPHER S. SONTCHI AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 5TH FLOOR, COURTROOM <u>NO. 6, WILMINGTON, DELAWARE 19801</u>**

**THIS HEARING HAS BEEN CANCELLED BY THE COURT AS NO MATTERS ARE SCHEDULED TO GO FORWARD.**

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

**RESOLVED MATTERS:**

1.  Application of Commonwealth Edison Company for Allowance of Administrative Expense Claims [Filed: 7/16/20] (Docket No. 793).

    Response Deadline: July 30, 2020, at 4:00 p.m. ET

    Responses Received:

    a.  Limited Objection and Reservation of Rights of Alfred T. Giuliano, Chapter 7 Trustee to Certain Motions Filed by Utility Companies for Payment of Administrative Expense Claims [Filed: 8/14/20] (Docket No. 914).

    Related Documents:

    a.  [Signed] Order Approving Stipulation Between Alfred T. Giuliano, Chapter 7 Trustee, and Commonwealth Edison Company Resolving Administrative Expense Claims [Filed: 4/5/21] (Docket No. 1213).

    Status:  The Court has entered an order on this matter.

2.  Application of Firstenergy Companies for Allowance of Administrative Expense Claims [Filed: 7/16/20] (Docket No. 794).

    Response Deadline: July 30, 2020, at 4:00 p.m. ET

    Responses Received:

    a.  Limited Objection and Reservation of Rights of Alfred T. Giuliano, Chapter 7 Trustee to Certain Motions Filed by Utility Companies for Payment of Administrative Expense Claims [Filed: 8/14/20] (Docket No. 914).

    Related Documents:

    a.  [Proposed] Order Allowing Administrative Expense Claims of Firstenergy Companies [Filed: 7/16/20] (Docket No. 794).

    Status:  This matter is resolved pending documentation.  No hearing is necessary.

**CONTINUED MATTERS:**

3.  Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim [Filed: 2/24/21] (Docket No. 1189).

    Response Deadline:  April 8, 2021, at 4:00 p.m. ET *(extended until May 11, 2021, at 4:00 p.m. for the Chapter 7 Trustee)*

      Responses Received:  None as of the date of this Notice of Agenda.

      Related Documents:

      a.      [Proposed] Order Granting Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim [Filed: 2/24/21] (Docket No. 1189).

      b.      Stipulation Extending Time for Defendants to Respond to Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Complaint [Filed: 4/8/21] (Docket No. 1216).

      Status:  This matter is continued to a date to be determined.

4.      Pre-Trial Conference Regarding Complaint [PNC Bank, National Association, and PNC Merchant Services Company v. Art Van Furniture, LLC, et al., Alfred T. Giuliano, as Chapter 7 Trustee; Levin Furniture, LLC, and Levin Trucking, LLC] [Filed: 3/12/21] (Adv. Pro. No. 21-50241, Docket No. 1).

      Response Deadline:  April 11, 2021, at 4:00 p.m. ET *(extended until May 11, 2021, at 4:00 p.m. for the Chapter 7 Trustee, Levin Furniture, LLC and Levin Trucking, LLC)*

      Responses Received:  None as of the date of this Notice of Agenda.

      Related Documents:

      a.      Summons and Notice of Pretrial Conference in an Adversary Proceeding [Filed: 3/12/21] (Adv. Pro. No. 21-50241, Docket No. 3).

      b.      Stipulation Extending Time for Defendants to Respond to Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Complaint [Filed: 4/8/21] (Adv. Pro. No. 21-50241, Docket No. 6).

*[Remainder of Page Intentionally Left Blank]*

<u>Status:</u>  The pre-trial conference on this matter is continued to a date to be determined.

Dated: April 13, 2021                    PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
------------------------------------
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
             crobinson@pszjlaw.com
             pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*