**Exhibit A to Order**
**Stipulation**

## IN THE UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| ART VAN FURNITURE, LLC., *et al.,*[1] | Case No. 20-10553 (CSS) |
| Debtors. | Jointly Administered |
| | **Re: Docket No. 1251** |
| PNC BANK, NATIONAL ASSOCIATION, and, PNC MERCHANT SERVICES COMPANY, | Adv. Pro. No. 20-50241 (CSS) |
| Plaintiffs, | **Re: Docket Nos. 1 and 11** |
| v. | |
| ART VAN FURNITURE, LLC, et al., ALFRED T. GIULIANO, as Chapter 7 Trustee; LEVIN FURNITURE, LLC and LEVIN TRUCKING, LLC | |
| Defendants. | |

**STIPULATION FURTHER EXTENDING TIME FOR DEFENDANTS TO RESPOND TO PNC BANK, NATIONAL ASSOCIATION AND PNC MERCHANT SERVICES COMPANY ADVERSARY PROCEEDING MOTION FOR ALLOWANCE AND PAYMENT OF CHAPTER 11 ADMINISTRATIVE EXPENSE CLAIM COMPLAINT**

Plaintiffs PNC Bank, National Association, and PNC Merchant Services

Company ("Plaintiffs" or "PNC"), Alfred T. Giuliano, chapter 7 trustee (the "Trustee") to the

estates of the above-captioned debtors (the "Debtors") and Levin Furniture, LLC and Levin

---

[1]  The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

Trucking, LLC (together, "Levin", with PNC and the Trustee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree as follows:

### RECITALS

1.      On February 24, 2021, PNC filed its *Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim* [Docket No. 1189] (the "Motion") in the above-captioned cases;

2.      Pursuant to the *Notice of Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim* [Docket No. 1189] the deadline to object to the Motion (the "Objection Deadline") is on April 8, 2021 at 4:00 p.m. (ET);

3.      On March 12, 2021, Plaintiffs filed their *Complaint* [Adv. Docket No. 1] (the "Complaint") in the above-captioned adversary proceeding;

4.      On March 12, 2021, the Clerk of Court issued the *Summons and Notice of Pretrial Conference in Adversary Proceeding* [Adv. Docket No. 3] (the "Summons");

5.      Pursuant to the Summons, the deadline for the Trustee and Levin to respond to the Complaint (the "Response Deadline") is on April 12, 2021. The court set a pretrial conference on April 15, 2021 at 11:00 a.m. (ET).

6.      Pursuant to Rule 7012-2 of the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware (the "Local Rules"), the Parties may, by stipulation - and without a court order-extend the time to respond to the Complaint for 28 days.

7.      Previously the Parties have stipulated to extend the time for the Trustee and Levin to answer or otherwise respond with respect to the Complaint to July 29, 2021.

8.      The Parties have had subsequent discussions with respect to the Motion and the Complaint and have agreed to participate in a non-binding mediation in order to further expedite resolution of issues raised in the Motion and the Complaint. The Parties have further discussed possible mediators and based on these mediator's lack of availability to conduct a mediation in the month of August 2021, a further extension of the time is appropriate.  As a result, the Parties believe that a further extension of time for the Trustee and Levin to answer or otherwise respond to the Complaint through and including September 20, 2021 and adjourn the pretrial conference to a date to be determined is appropriate.

**WHEREFORE**, the Parties stipulate that:

1.      The Trustee shall have through and including September 20, 2021 to respond to the Motion.

2.      The Trustee and Levin shall have through and including September 20, 2021 to answer or otherwise respond to the Complaint.

3.      The pretrial conference is adjourned to a date to be determined.

4.      This Stipulation is without prejudice to rights of the Parties to seek further extensions of the deadlines set forth herein and the rights of all Parties to this stipulation are reserved.

Dated:  July 28, 2021,

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email:      bsandler@pszjlaw.com
            crobinson@pszjlaw.com
            pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*

THE ROSNER LAW GROUP LLC

*/s/ Frederick B. Rosner*
Frederick B. Rosner (DE Bar No. 3995)
824 N. Market Street, Suite 810
Wilmington, Delaware 19801
Tel.: (302) 777-1111
Email:      rosner@teamrosner.com

-and-

PLATZER, SWERGOLD, GOLDBERG, KATZ &
JASLOW, LLP
Cliff A. Katz
475 Park Avenue South, 18th Floor
New York, NY  10016
Telephone:  (212)-593-3000
Facsimile: (212)-593-0353
Email:      ckatz@platzerlaw.com

*Counsel for Levin Furniture, LLC and Levin Trucking,
LLC*

-and-

BUCHANAN INGERSOLL & ROONEY PC

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner
919 N. Market Street, Suite 990
Wilmington, DE 19899 (Courier 19801)
Telephone:  (302)-552-4200
Facsimile:  (302)-552-4295
Email:       geoffrey.grivner@bipc.com

-and-

BUCHANAN INGERSOLL & ROONEY PC
Zakarij Thomas
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA  15219
Telephone:  (412)-562-8800
Email:       zakarij.thomas@bipc.com

*Attorneys for Plaintiffs/PNC*