# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>**ART VAN FURNITURE, LLC,** *et al.*[1]<br><br>    Debtor. | Chapter 7<br><br>Case No. 20-10553 (CSS)<br><br>(Jointly Administered)<br><br>Adversary Proceeding No: 21-50241-CSS |
| **PNC BANK, NATIONAL ASSOCIATION and PNC MERCHANT SERVICES COMPANY,**<br><br>    Plaintiffs,<br><br>v.<br><br>**ART VAN FURNITURE, LLC,** *et al.*; **ALFRED T. GIULIANO,** as Chapter 7 Trustee; **LEVIN FURNITURE, LLC,** and **LEVIN TRUCKING, LLC,**<br><br>    Defendants. | |

## CERTIFICATE OF SERVICE

I, Geoffrey G. Grivner, do hereby certify that on this 4th day of April, 2022, a copy of the Notice of Withdrawal of Appearance was served via the court's ECF notification.

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

Dated: April 4, 2022  **BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
Zakarij O. Thomas, Esquire
(admitted *pro hac vice*)
500 Delaware Avenue
Suite 720
Wilmington, DE 19801-7407
Tel: (302) 552-4200

*Attorneys for PNC Bank, National Association and PNC Merchant Services Company*