# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| **In re:** | Chapter 7 |
| **ART VAN FURNITURE, LLC,** *et al.*,[1] | Case No. 20-10553 (CSS) |
| Debtor. | (Jointly Administered) |
| | Adversary Proceeding No: 21-50241-CSS |
| **PNC BANK, NATIONAL ASSOCIATION** and **PNC MERCHANT SERVICES COMPANY,** | |
| Plaintiffs, | |
| v. | |
| **ART VAN FURNITURE, LLC,** *et al.*; **ALFRED T. GIULIANO,** as Chapter 7 Trustee; **LEVIN FURNITURE, LLC,** and **LEVIN TRUCKING, LLC,** | |
| Defendants. | |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 9010-1 and the attached certification, counsel moves the admission pro hac vice of Tyler S. Dischinger, Esquire to represent PNC Bank, National Association and PNC Merchant Services Company in the adversary proceeding.

Dated:  April 12, 2022

/s/ Geoffrey G. Grivner
Geoffrey G. Grivner, Esquire (No. 4711)
BUCHANAN INGERSOLL & ROONEY PC
500 Delaware Avenue, Ste. 720
Wilmington, DE 19801-7407
Telephone: (302) 552-4200
Email: geoffrey.grivner@bipc.com

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Art Van Furniture, LLC (9205); AVF Holding Company, Inc. (0291); AVCE, LLC (2509); AVF Holdings I, LLC (2537); AVF Holdings II, LLC (7472); AVF Parent, LLC (3451); Levin Parent, LLC (8052); Art Van Furniture of Canada, LLC (9491); AV Pure Sleep Franchising, LLC (8968); AVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 9010-1, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Pennsylvania Bar and submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules and with Standing Order for District Court Fund revised 8/31/2016. I further certify that the annual fee of $25.00 has been paid to the Clerk of District Court for District Court.

Dated: April 12, 2022

/s/ Tyler S. Dischinger
Tyler S. Dischinger, Esquire
BUCHANAN INGERSOLL & ROONEY PC
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Telephone: (412) 562-8800
Facsimile: (412) 562-1041
Email: tyler.dischinger@bipc.com

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.