**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*[1], | ) ) ) | Case No. 20-10553-CTG |
| Debtor. | ) ) ) | |
| PNC Bank, National Association and PNC Merchant Services Company | ) ) ) ) | Adv. Pro. No. 21-50241-CTG |
| Plaintiffs, | ) ) | Related to Doc. No. 28 |
| v. | ) ) | |
| Start Man Furniture, LLC, et al., | ) ) | |
| Defendants. | ) ) ) | |

## PLAINTIFFS PNC BANK, NATIONAL ASSOCIATION AND PNC MERCHANT SERVICES COMPANY'S STATUS REPORT

The above-captioned plaintiffs, PNC Bank, National Association and PNC Merchant Services Company ("Plaintiffs" or "PNC"), respectfully file this *Status Report* in response to the Court's Order dated July 14, 2022 [ECF #28] to inform the Court that:

1. On or about November 15, 2021, Plaintiffs, Purchaser (used as defined in the Complaint filed in the above-captioned adversary proceeding) and Alfred T. Giuliano, as chapter 7 Trustee of the above-referenced estate (the "Chapter 7 Trustee") participated in a mediation held in Pittsburgh, Pennsylvania, for which Joel Walker, Esq. served as the mediator (the "Mediation").

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (9205); SVF Holding Company, Inc. (0291); SVCE, LLC (2509); StartVF Holdings I, LLC (2537); StartVF Holdings II, LLC (7472); SVF Parent, LLC (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (9491); SV Sleep Franchising, LLC (8968); SVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

2. Despite a full day of efforts, the parties were unable to reach a resolution of the issues subject of the above-captioned adversary proceeding.

3. Since the Mediation in late 2021, and into early 2022, Plaintiffs and the Chapter 7 Trustee have engaged in discussions and negotiations around stipulating to a final figure for Plaintiffs' administrative expense claim and general unsecured claim (collectively, "<u>Plaintiffs' Claims</u>").

4. In connection with these discussions and negotiations, the Chapter 7 Trustee, through its claims reconciliation process, made several informal information requests and inquiries of Plaintiffs.

5. Plaintiffs have worked diligently to respond to the Chapter 7 Trustee's requests, and provided several responses, but certain claim reconciliation issues remain open.

6. Preparing responses to the Chapter 7 Trustee's requests has involved detailed review of complex and extensive financial data relating to several, discrete transactions (among thousands of credit card transactions), each of which is often subject to several rounds of reversals, re-presentments, etc. Thus, the forthcoming responses have taken considerable time to prepare. The Plaintiffs and Chapter 7 Trustee believe all open issues and inquiries regarding the Plaintiffs' Claims will be addressed and responded to in the near future.

7. After all inquiries and information requests are satisfied, Plaintiffs and the Chapter 7 Trustee intend to finalize the stipulated amounts of Plaintiffs' Claims.

8. Finalizing the amounts of Plaintiffs' Claims will facilitate further discussions between the Plaintiffs, the Chapter 7 Trustee and Purchaser relating to the claims set forth in Plaintiffs' Complaint.

9. In the interim, the parties will prepare and file an amended scheduling order for the Court's approval on or before September 16, 2022.

10. Prior to filing, Plaintiffs shared this pleading with the Chapter 7 Trustee's counsel for review and comment.

Dated: August 4, 2022

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Tel: (302) 552-4200
Fax: (302) 552-4295
geoffrey.grivner@bipc.com

-and-

**BUCHANAN INGERSOLL & ROONEY PC**
Tyler S. Dischinger (*pro hac vice*)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
tyler.dischinger@bipc.com

*Attorneys for Plaintiffs / PNC*