# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| In re | ) ) | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*[1], | ) ) ) | Case No. 20-10553-CTG |
| Debtor. | ) ) ) | Re: Docket Nos. 1189, 1521, 1526, 1531 |
| PNC Bank, National Association and PNC Merchant Services Company | ) ) ) ) |  |
| Plaintiffs, v. | ) ) ) ) | Adv. Pro. No. 21-50241-CTG Re: Docket Nos. 28, 31, 34, 38 |
| Start Man Furniture, LLC, et al., | ) ) |  |
| Defendants. | ) ) |  |

## JOINT STATUS REPORT AND REQUEST FOR STATUS CONFERENCE

The above-captioned plaintiffs, PNC Bank, National Association and PNC Merchant Services Company ("Plaintiffs" or "PNC") and Alfred T. Giuliano, chapter 7 trustee the ("Trustee") for the estates of the above-captioned debtors (the "Debtors") respectfully file this *Status Report* as required by the Court's Order dated September 26, 2022 [ECF #31] (the "Scheduling Order") to inform the Court that:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (9205); SVF Holding Company, Inc. (0291); SVCE, LLC (2509); StartVF Holdings I, LLC (2537); StartVF Holdings II, LLC (7472); SVF Parent, LLC (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (9491); SV Sleep Franchising, LLC (8968); SVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

1.      Since Plaintiffs' last status report filing on January 23, 2023 [ECF #38], Plaintiffs and the Trustee have consensually extended the Chapter 7 Trustee's Response Deadline (used herein as defined in the Scheduling Order) through February 10, 2023.

2.      Plaintiffs' counsel and the Trustee's counsel finalized the stipulation which resolves Plaintiffs' administrative expense claim asserted in connection with this action (the "Administrative Claim Stipulation"). The Administrative Claim Stipulation was reviewed and commented on by co-defendants Levin Furniture, LLC and Levin Trucking, LLC (together, "Levin", together with PNC and the Trustee, the "Parties").

3.      This Administrative Claim Stipulation was filed under certification of counsel contemporaneously with this status report on March 24, 2023[ECF #40].

4.      Upon the Court's approval of the Administrative Claim Stipulation, certain deadlines in the scheduling order are triggered and the Parties will move into discovery. In an effort to resolve this matter and avoid further costs of litigation, the Parties have discussed requesting a stay of the discovery-related deadlines in this case in order to pursue mediation of the remaining disputes. To that end, the Parties request a status conference when the Court has availability on its schedule to request appointment of a mediator by the Court.

Dated: March 24, 2023                    Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Tel: (302) 552-4200
Fax: (302) 552-4295
geoffrey.grivner@bipc.com

-and-

**BUCHANAN INGERSOLL & ROONEY PC**
Tyler S. Dischinger (*pro hac vice*)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
tyler.dischinger@bipc.com

*Attorneys for Plaintiffs / PNC*

-and-

PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Colin R. Robinson*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 N. Market Street, 17th Floor
Wilmington, DE 19801
Telephone: (302) 652-4100
Facsimile: (302) 652-4400
Email: bsandler@pszjlaw.com
 crobinson@pszjlaw.com
 pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*