# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>START MAN FURNITURE, LLC, *et al.*,[1]<br><br>    Debtors. | Chapter 7<br><br>Case No. 20-10553 (CTG)<br>(Jointly Administered)<br>**Re: Docket No. 1555** |
| PNC BANK, NATIONAL ASSOCIATION AND PNC MERCHANT SERVICES COMPANY,<br><br>    Plaintiffs,<br>v.<br><br>START MAN FURNITURE, LLC, et al.,<br><br>    Defendants. | Adv. Pro. No. 21-50241 (CTG)<br>**Re: Docket No. 43** |
| ALFRED T. GIULIANO, in his capacity as Chapter 7 Trustee of Start Man Furniture, LLC, *et al.*,<br><br>    Plaintiff,<br>vs.<br><br>NEW CLASSIC FURNITURE CORP., FIRST-CITIZENS BANK & TRUST COMPANY dba THE CIT GROUP,<br><br>    Defendant. | Adv. Proc. No. 22-50171 (CTG)<br>**Re: Docket No. 23** |
| ABBYSON LIVING LLC,<br>    Defendant. | Adv. Proc. No. 22-50177 (CTG)<br>**Re: Docket No. 29** |
| BERNHARDT FURNITURE COMPANY,<br>    Defendant. | Adv. Proc. No. 22-50179 (CTG)<br>**Re: Docket No. 30** |
| GRAPHICS EAST, INC.,<br>    Defendant. | Adv. Proc. No. 22-50192 (CTG)<br>**Re: Docket No. 24** |

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (f/k/a Art Van Furniture, LLC) (9205); SVF Holding Company, Inc. (f/k/a AVF Holding Company, Inc.) (0291); SVCE, LLC (f/k/a AVCE, LLC) (2509); StartVF Holdings I, LLC (f/k/a AVF Holdings I, LLC) (2537); StartVF Holdings II, LLC (f/k/a AVF Holdings II, LLC) (7472); SVF Parent, LLC (f/k/a AVF Parent, LLC) (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (f/k/a Art Van Furniture of Canada, LLC) (9491); SV Sleep Franchising, LLC (f/k/a AV Pure Sleep Franchising, LLC) (8968); SVF Franchising, LLC (f/k/a AVF Franchising, LLC) (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463).

| | |
|---|---|
| NETCO LOGISTICS LLC,<br><br>                              Defendant. | Adv. Proc. No. 22-50204 (CTG)<br>**Re: Docket No. 30** |
| UNIVERSAL FURNITURE INDUSTRIES, INC.,<br><br>                              Defendant. | Adv. Proc. No. 22-50224 (CTG)<br>**Re: Docket No. 27** |

**AMENDED[2] NOTICE OF AGENDA FOR HEARING SCHEDULED ON MAY 1, 2023 AT 10:00 A.M. (PREVAILING EASTERN TIME), BEFORE THE HONORABLE CRAIG T. GOLDBLATT AT THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, LOCATED AT 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM NO. 1, WILMINGTON, DELAWARE 19801**

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by May 1, 2023 at 10:00 a.m. COURTCALL WILL NOT BE USED FOR THIS HEARING. Please use the following link to register for this hearing**

https://debuscourts.zoomgov.com/meeting/register/vJItfu6qpjkqGaoA7vFozURC0v8t78jk69I

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

**RESOLVED MATTER:**

1.      Eighth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 4/10/23] (Docket No. 1550)

Response Deadline:  April 24, 2023, at 4:00 p.m.

Responses Received:  None.

Related Documents:

A.      [Proposed] Order Granting Eighth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 4/10/23] (Docket No. 1550, Exhibit A)

B.      Certification of No Objection Regarding Eighth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 4/25/23] (Docket No. 1551)

---

[2] **This Agenda has been amended to update the location of the Courtroom.  The hearing will still be conducted entirely over Zoom.**

    C.    [Signed] Order Granting Eighth Omnibus Motion of Alfred T. Giuliano, Chapter 7 Trustee, to Approve Settlement Agreements [Filed: 4/26/23] (Docket No. 1552)

Status:  The Court has entered an order on this matter.  No hearing is necessary.

## STATUS CONFERENCE:

2.    *[PNC Bank, National Association and PNC Merchant Services Company v. Start Man Furniture, LLC]* Status Conference [Adv. Pro. No. 21-50241]

Responses Received:

    A.    Answer of Levin Furniture LLC and Levin Trucking, LLC to Complaint [Filed: 12/12/21] (Adv. Pro. No. 21-50241, Docket No. 19)

    B.    Chapter 7 Trustee's Response and Affirmative Defenses [Filed: 12/15/21] (Adv. Pro. No. 21-50241, Docket No. 22)

Related Documents:

    A.    Complaint [Filed: 3/12/21] (Adv. Pro. No. 21-50241, Docket No. 1)

    B.    Summons and Notice of Pre-Trial Conference in an Adversary Proceeding [Filed: 3/12/23] (Adv. Pro. No. 21-50241, Docket No. 3)

    C.    [Signed] Order Approving Stipulation Regarding Appointment of a Mediator [Filed: 11/18/21] (Adv. Pro. No. 21-50241, Docket No. 18)

    D.    Plaintiffs' PNC Bank, National Association and PNC Merchant Services Company's Status Report [Filed: 8/4/22] (Adv. Pro. No. 21-50241, Docket No. 29)

    E.    [Signed] Scheduling/Pre-Trial Order Report [Filed: 9/26/22] (Adv. Pro. No. 21-50241, Docket No. 31)

    F.    Plaintiffs' PNC Bank, National Association and PNC Merchant Services Company's Status Report [Filed: 11/23/22] (Adv. Pro. No. 21-50241, Docket No. 34)

    G.    Plaintiffs' PNC Bank, National Association and PNC Merchant Services Company's Status Report [Filed: 1/23/23] (Adv. Pro. No. 21-50241, Docket No. 38)

    H.    Plaintiffs' PNC Bank, National Association and PNC Merchant Services Company's Status Report [Filed: 3/24/23] (Adv. Pro. No. 21-50241, Docket No. 41)

    I.    [Signed] Order Approving Stipulation Further Extending Time for Defendants to Respond to PNC Bank, National Association and PNC Merchant Services

Company Adversary Proceeding and Motion for Allowance and Payment of Chapter 11 Administrative Expense Claim Complaint [Filed: 3/27/23] (Adv. Pro. No. 21-50241, Docket No. 42)

Status:  The parties have requested a status conference to provide the Court an update on the adversary proceeding and request the Court's assistance with the appointment of a judicial mediator.

Dated: April 28, 2023          PACHULSKI STANG ZIEHL & JONES LLP

*/s/ Peter J. Keane*
Bradford J. Sandler (DE Bar No. 4142)
Colin R. Robinson (DE Bar No. 5524)
Peter J. Keane (DE Bar No. 5503)
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, DE  19899 (Courier 19801)
Telephone: 302-652-4100
Facsimile:  302-652-4400
E-mail:  bsandler@pszjlaw.com
              crobinson@pszjlaw.com
              pkeane@pszjlaw.com

*Counsel to Alfred T. Giuliano, Chapter 7 Trustee*