**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*[1], | ) ) | Case No. 20-10553-CTG |
| Debtor. | ) ) ) ) | Re: Docket Nos. 1189, 1521, 1526, 1531, 1545, 1566 |
| PNC Bank, National Association and PNC Merchant Services Company | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Adv. Pro. No. 21-50241-CTG |
| Start Man Furniture, LLC, et al., | ) ) | Re: Docket Nos. 28, 31, 34, 38, 41, 47 |
| Defendants. | ) ) ) | |

**STATUS REPORT**

The above-captioned plaintiffs, PNC Bank, National Association and PNC Merchant Services Company ("Plaintiffs" or "PNC") respectfully file this *Status Report* as required by the Court's Order dated September 26, 2022 [ECF #31] (the "Scheduling Order") to inform the Court that:

1. Since Plaintiffs' last status report filing on May 23, 2023 [ECF #47], PNC, Alfred T. Giuliano, chapter 7 trustee the ("Trustee") for the estates of the above-captioned debtors (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (9205); SVF Holding Company, Inc. (0291); SVCE, LLC (2509); StartVF Holdings I, LLC (2537); StartVF Holdings II, LLC (7472); SVF Parent, LLC (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (9491); SV Sleep Franchising, LLC (8968); SVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

"Debtors") and the other parties to the above-captioned adversary proceeding (Adv. Pro. No. 21-50241-CTG (the "Adversary Proceeding") have worked cooperatively to schedule an in-person mediation.

2. The parties initially thought that a mediation could occur in July 2023, but given conflicting schedules and the preference to have all parties attend in-person, a mediation has not yet occurred.

3. The parties continue to communicate regarding potential dates for a mediation.

4. Plaintiffs believe that the parties will identify a mediation date early this fall which will allow all parties to attend in-person.

Dated: July 24, 2023

Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Tel: (302) 552-4200
Fax: (302) 552-4295
geoffrey.grivner@bipc.com

-and-

**BUCHANAN INGERSOLL & ROONEY PC**
Tyler S. Dischinger (*pro hac vice*)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
tyler.dischinger@bipc.com

*Attorneys for Plaintiffs / PNC*