**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re | ) ) ) | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*[1], | ) ) | Case No. 20-10553-CTG |
| Debtor. | ) ) ) | Re: Docket Nos. 1189, 1521, 1526, 1531, 1545, 1566, 1582 |
| PNC Bank, National Association and PNC Merchant Services Company | ) ) ) ) |  |
| Plaintiffs, | ) |  |
| v. | ) ) | Adv. Pro. No. 21-50241-CTG |
| Start Man Furniture, LLC, et al., | ) ) | Re: Docket Nos. 28, 31, 34, 38, 41, 47, 48 |
| Defendants. | ) ) ) |  |

## STATUS REPORT

The above-captioned plaintiffs, PNC Bank, National Association and PNC Merchant Services Company ("Plaintiffs" or "PNC") respectfully file this *Status Report* as required by the Court's Order dated September 26, 2022 [ECF #31] (the "Scheduling Order") to inform the Court that:

1. Since Plaintiffs' last status report filing on July 24, 2023 [ECF #47], PNC, Alfred T. Giuliano, chapter 7 trustee the ("Trustee") for the estates of the above-captioned debtors (the

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (9205); SVF Holding Company, Inc. (0291); SVCE, LLC (2509); StartVF Holdings I, LLC (2537); StartVF Holdings II, LLC (7472); SVF Parent, LLC (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (9491); SV Sleep Franchising, LLC (8968); SVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

"Debtors") and the other parties to the above-captioned adversary proceeding (Adv. Pro. No. 21-50241-CTG (the "Adversary Proceeding") have worked cooperatively to schedule an in-person mediation.

2. On September 14, 2023, Plaintiffs' counsel emailed chambers of the Court (copying counsel for all parties to this Adversary Proceeding, among others) requesting potential mediation dates that the Court has available in November 2023.

3. On September 19, 2023 the parties confirmed participation in a mediation to be conducted before Judge Horan on November 20, 2023 at 10:00 a.m. (ET) in Wilmington, Delaware.

Dated: September 22, 2023          Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

/s/ *Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Tel: (302) 552-4200
Fax: (302) 552-4295
geoffrey.grivner@bipc.com

-and-

**BUCHANAN INGERSOLL & ROONEY PC**
Tyler S. Dischinger (*pro hac vice*)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
tyler.dischinger@bipc.com
*Attorneys for Plaintiffs / PNC*