# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*[1], | Case No. 20-10553-CTG |
| Debtor. | Re: Docket Nos. 1189, 1521, 1526, 1531, 1545, 1566, 1582, 1609 |
| PNC Bank, National Association and PNC Merchant Services Company | |
| Plaintiffs, | |
| v. | Adv. Pro. No. 21-50241-CTG |
| Start Man Furniture, LLC, et al., | Re: Docket Nos. 28, 31, 34, 38, 41, 47, 48, 49 |
| Defendants. | |

## STATUS REPORT

The above-captioned plaintiffs, PNC Bank, National Association and PNC Merchant Services Company ("Plaintiffs" or "PNC") respectfully file this *Status Report* as required by the Court's Order dated September 26, 2022 [ECF #31] (the "Scheduling Order") to inform the Court that:

1. Since Plaintiffs' last status report filing on September 22, 2023 [ECF #48], PNC, Alfred T. Giuliano, chapter 7 trustee the ("Trustee") for the estates of the above-captioned debtors

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (9205); SVF Holding Company, Inc. (0291); SVCE, LLC (2509); StartVF Holdings I, LLC (2537); StartVF Holdings II, LLC (7472); SVF Parent, LLC (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (9491); SV Sleep Franchising, LLC (8968); SVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

(the "Debtors") and the other parties named or potentially interested in above-captioned adversary proceeding (Adv. Pro. No. 21-50241-CTG (the "Adversary Proceeding") attended an all-day mediation in Wilmington, Delaware on November 20, 2023 (the "Mediation").

2. Judge Horan served as the mediator for the Mediation.

3. Although the disputed matters were not settled or resolved by the end of the day on November 20, 2023, Judge Horan and the parties in attendance agreed to "hold the Mediation open," and to resume settlement efforts the week of November 26, 2023 in hopes of reaching a final resolution.

Dated: November 21, 2023              Respectfully submitted,

**BUCHANAN INGERSOLL & ROONEY PC**

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner (#4711)
500 Delaware Avenue, Suite 720
Wilmington, DE 19801
Tel: (302) 552-4200
Fax: (302) 552-4295
geoffrey.grivner@bipc.com

-and-

**BUCHANAN INGERSOLL & ROONEY PC**
Tyler S. Dischinger (*pro hac vice*)
Union Trust Building
501 Grant Street, Suite 200
Pittsburgh, PA 15219
Tel: (412) 562-8800
Fax: (412) 562-1041
tyler.dischinger@bipc.com
*Attorneys for Plaintiffs / PNC*