# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| In re | ) |
| | ) Chapter 7 |
| START MAN FURNITURE, LLC, *et al.*[1], | ) |
| | ) Case No. 20-10553-CTG |
| Debtor. | ) |
| _____ | ) |
| | ) |
| PNC Bank, National Association and PNC Merchant Services Company | ) Adv. Pro. No. 21-50241-CTG |
| | ) |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| Start Man Furniture, LLC, et al., | ) |
| | ) |
| Defendants. | ) |

## JOINT STIPULATION TO DISMISS CASE WITH PREJUDICE

On behalf of the Plaintiffs, PNC Bank, National Association and PNC Merchant Services Company, and the Defendants, Levin Furniture, LLC, Levin Trucking, LLC, and Alfred T. Giuliano, as Chapter 7 Trustee, by and through their undersigned counsel, hereby stipulate and agree to the dismissal of the above-captioned matter. Kindly dismiss this case with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii).

Date: January 14, 2025

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: Start Man Furniture, LLC (9205); SVF Holding Company, Inc. (0291); SVCE, LLC (2509); StartVF Holdings I, LLC (2537); StartVF Holdings II, LLC (7472); SVF Parent, LLC (3451); Levin Parent, LLC (8052); Start Man Furniture of Canada, LLC (9491); SV Sleep Franchising, LLC (8968); SVF Franchising, LLC (6325); LF Trucking, Inc. (1484); Sam Levin, Inc. (5198); and Comfort Mattress LLC (4463). The location of the Debtors' service address in these chapter 11 cases is: 6500 East 14 Mile Road, Warren Michigan 48092.

Respectfully submitted,

| | |
|---|---|
| **BUCHANAN INGERSOLL & ROONEY PC** | **THE ROSNER LAW GROUP LLC** |
| */s/ Geoffrey G. Grivner* | */s/ Frederick B. Rosner* |
| Geoffrey G. Grivner (DE # 4711) | Frederick B. Rosner (DE # 3995) |
| 500 Delaware Avenue, Suite 720 | 824 N. Market Street, Suite 810 |
| Wilmington, DE 19801 | Wilmington, DE 19801 |
| Tel: (302) 552-4200 | Tel: (302) 319-6300 |
| Fax: (302) 552-4295 | rosner@teamrosner.com |
| geoffrey.grivner@bipc.com | *Attorney for Defendants Levin Furniture, LLC and Levin Trucking, LLC* |
| | |
| Tyler S. Dischinger (*pro hac vice*) | |
| Union Trust Building | |
| 501 Grant Street, Suite 200 | |
| Pittsburgh, PA 15219 | **PACHULSKI STANG ZIEHL & JONES LLP** |
| Tel: (412) 562-8800 | |
| Fax: (412) 562-1041 | */s/ Bradford J. Sandler* |
| tyler.dischinger@bipc.com | Bradford J. Sandler (DE # 4142) |
| *Attorneys for Plaintiffs* | Colin R. Robinson (DE # 5524) |
| | Peter J. Keane (DE # 5503) |
| | 919 N. Market Street, 17th Floor |
| | Wilmington, DE 19801 |
| | Tel: (302) 652 -4100 |
| | Fax: (302) 652-4400 |
| | bsandler@pszjlaw.com |
| | crobinson@pszjlaw.com |
| | pkeane@pszjlaw.com |
| | *Attorneys to Alfred T. Giuliano, Chapter 7 Trustee* |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2025, I caused a copy of the foregoing to be served via the Court's Electronic Filing ("ECF") system upon counsel registered to receive ECF notifications in this case.

*/s/ Geoffrey G. Grivner*
Geoffrey G. Grivner